**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CRANSTON PRINT WORKS COMPANY,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-09273

Judge Virginia M. Kendall

Magistrate Judge Keri L. Holleb Hotaling

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | Eme-rald |
| 11 | LIXIAO(7-14 Days Delivery) |
| 16 | Buy 3 Get 1 Free-Prime Day 2024 |
| 17 | LcniniSu |
| 19 | Wk-ui |
| 20 | Ruziyoog Lightning Deals of Today |
| 21 | Buy 3 get 1 free-Prime Day Discount |
| 22 | Aymnlox Direct |
| 23 | MSDMYony |
| 24 | FZYLQY |
| 35 | Fashion Beautiful Store |
| 55 | BALYUEE |
| 81 | Household department store |
| 110 | WRSU Trade |
| 111 | Yyeselk |
| 116 | SRstrat Co.Ltd |
| 118 | Ecqkame |
| 119 | TrendVibe365 |
| 120 | IROINNID |

| | |
|---|---|
| 121 | squarex |
| 122 | PG Clothing |
| 123 | Busydd |
| 125 | JASKFLY |
| 126 | YUGYXL |
| 127 | zhiwx |
| 128 | yunqt |
| 129 | YYDGH |
| 130 | XFLWAM |

DATED: September 17, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
Email: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 17, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt